UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:22-cv-09151-AB-SHK | Date: | April 17, 2023 |
|---|---|---|---|

Title: **Bobby Arthur Martin v. Birkholz**

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On December 12, 2022, Petitioner Bobby Arthur Martin ("Petitioner") constructively filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition"). Electronic Case Filing Number ("ECF No.") 1, Petition.

On January 23, 2023, the Court issued an Order Requiring Answer/Return to Petition ("Order").  ECF No. 6, Order.  In the Order, the Court made clear that Respondent had "**no later than 60 days from the date of the Order**" to file a motion to dismiss or "**no later than 75 days from the date of this Order**" to file an answer to the Petition.  Id. at 2 (emphases in original).  As of this date, Respondent has neither filed an answer nor a motion to dismiss, thus failing to comply with the January 23, 2023 Order.

Accordingly, Respondent is ORDERED TO SHOW CAUSE in writing, **on or before April 24, 2023**, why Respondent has failed to file any responsive pleading.  Respondent is cautioned that failure to timely respond to this Order to Show Cause ("OSC") may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.  Filing the proof of service by April 24, 2023 shall be deemed compliant with this OSC.

**IT IS SO ORDERED.**