1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| BOBBY ARTHUR MARTIN,<br><br>              Petitioner,<br><br>      v.<br><br>BIRKHOLZ, Warden,<br><br>              Respondent. | Case No. 2:22-cv-09151-AB-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

17
18
19
20
21
22
23

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  See Electronic Case Filing Numbers ("ECF Nos.") 16, R&R.  The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected.  See ECF No. 18, Objections to R&R. The Court accepts the findings and recommendation of the Magistrate Judge.

24
25

IT IS THEREFORE ORDERED that the Petition is DENIED and that Judgment be entered DISMISSING this action with prejudice.

26
27

Dated: November 09, 2023

28

_____
HONORABLE  ANDRE BIROTTE JR.
United States District Judge