JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY ARTHUR MARTIN, | Case No. 2:22-cv-09151-AB-SHK |
| Petitioner, | |
| v. | **JUDGMENT** |
| BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 09, 2023

HON. ANDRE BIROTTE JR.,
United States District Judge